# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SERGIO ARELLANO OCEGUEDA,

           Plaintiff,

v.

KEN FURLONG, et al.,

           Defendants.

3:19-cv-614-MMD-CLB

**ORDER**

Plaintiff's complaint was screened pursuant to 28 U.S.C. § 1915A and permitted to proceed (ECF No. 7). Plaintiff was advised in the court's screening order how to properly effect service on the defendants in this case. (*Id.*) The summonses were returned unexecuted due to plaintiff's failure to return the USM-285 forms to the U.S. Marshal for service on the defendants (ECF No. 10). Thereafter, the plaintiff was notified of the court's intent to dismiss this case pursuant to Fed. R. Civ. P. 4(m) for failure to serve the defendants (ECF No. 11).

Plaintiff now seeks an unspecified extension of time to "get some lawyers . . . ." (ECF No. 12). The court construes this motion as a motion for extension of time to properly effect service of process and **GRANTS** the motion in part. Plaintiff shall be granted one final opportunity to serve the defendants by following the instructions in this order.

The Clerk shall ISSUE summonses for **Sheriff Ken Furlong, Deputy Lee, Deputy Macedo, Deputy Peralty,** and **Deputy Barnium** and send the same to the U.S. Marshal for service. The Clerk shall also SEND sufficient copies of the complaint (ECF No. 8), the screening order (ECF No. 7), and this order to the U.S. Marshal for service on the defendants. The Clerk shall SEND to plaintiff sufficient USM-285 forms. Plaintiff shall have until **Wednesday, December 30, 2020,** to complete the USM-285 service forms and return them to the U.S. Marshal, 400 South Virginia Street, 2nd Floor, Reno, Nevada 89501.

If plaintiff fails to follow this order, the above-named defendants will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m). No further extensions of time will be granted.

**DATED:** December 7, 2020

_____
**UNITED STATES MAGISTRATE JUDGE**