UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SERGIO ARELLANO OCEGUEDA,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>KEN FURLONG, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:19-cv-00614-MMD-CLB<br><br>ORDER |

Plaintiff Sergio Arellano Ocegueda filed his Complaint in this action requesting relief under 42 U.S.C. § 1983 on July 31, 2020. (ECF No. 8.) At that time, summonses were issued to Defendants Sheriff Ken Furlong, Deputy Lee, Deputy Macedo, Deputy Peralty, and Deputy Barnium. (ECF No. 9.) All Summonses were returned unexecuted on October 9, 2020. (ECF No. 10.) The Court issued a notice of intent to dismiss pursuant to Federal Rule of Civil Procedure 4(m) on November 4, 2020. (ECF No. 11.) The Court then granted Plaintiff's Motion to Extend Time, with the following instructions:

> The Clerk shall ISSUE summonses for Sheriff Ken Furlong, Deputy Lee, Deputy Macedo, Deputy Peralty, and Deputy Barnium and send the same to the U.S. Marshal for service with sufficient copies of the complaint (ECF No. 8), the screening order (ECF No. 7), and this order for service on the Defendants (Electronic distribution to USM on 12/7/2020). The Clerk shall SEND to Plaintiff sufficient USM-285 forms (Mailed to Plaintiff at SDCC on 12/7/2020). Plaintiff shall have until **Wednesday, December 30, 2020**, to complete the USM-285 service forms and return them to the U.S. Marshal, 400 South Virginia Street, 2nd Floor, Reno, Nevada 89501. If Plaintiff fails to follow this order, the above-named Defendants will be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m). No further extensions of time will be granted.

(ECF No. 13.) To date, Plaintiff has not returned the completed USM-285 forms, no proof of service has been filed, and the Court has not received any further communication from Plaintiff. (ECF No. 15.) Accordingly, the Court will dismiss this case without prejudice.

///

It is therefore ordered that this case is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 7th Day of January 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE